# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| HIGHLANDER DEVELOPMENT, INC., an Illinois corporation,<br><br>Plaintiff,<br>vs.<br><br>MARIE MASON, an individual, WORLDWIDE INVESTING, INC., a California corporation, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV11-10495 CAS (MRWx)<br><br>**JUDGMENT**<br><br>[Fed.R.Civ.Proc. 54(b)] |

Krongold Law Corp., P.C.

-1-
JUDGMENT

## JUDGMENT

Pursuant to the Federal Arbitration Act, 9 U.S.C. § 9, on September 18, 2012, the Court entered an order confirming an arbitration award in favor of Plaintiff Highlander Development, Inc. (Plaintiff) and against Defendant Worldwide Investing, Inc. (Worldwide Investing) in the sum of $1,000,000.00, plus prejudgment interest thereon from September 12, 2011, at the rate of 10 percent per annum, attorney's fees in the sum of $31,875.00, and costs of suit in the sum of $13,346.14 [Doc 39]. The foregoing order having fully adjudicated all claims for relief in Plaintiff's operative complaint, and having found no just reason to delay entry of Judgment, the Court hereby enters judgment as follows pursuant to Federal Rule of Civil Procedure 54(b): Judgment is hereby entered in favor of Plaintiff and against Defendant Worldwide Investing in the sum of $1,000,000.00, plus prejudgment interest thereon from September 12, 2011, at the rate of 10 percent per annum, attorney's fees in the sum of $31,875.00, and costs of suit in the sum of $13,346.14.

IT IS SO ORDERED, ADJUDGED AND DECREED.

DATED: September 27, 2012

*Christina A. Snyder*
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE
CC:FISCAL